# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HARRY FERRIER** | § | Docket No. 2:23-cv-04554 |
| | § | |
| **Versus** | § | Judge: JAY C. ZAINEY |
| | § | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | § § | Magistrate Judge: KAREN WELLS ROBY |

## VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss With Prejudice for the reasons set forth below.

1. Plaintiff, HARRY FERRIER, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 27, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel was made aware that the Defendant Insurer, STATE FARM FIRE AND CASUALTY COMPANY, had reached an agreement to fully and finally settle the matter with Plaintiff.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim with prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim with prejudice.

                                            Respectfully Submitted,

                                            */s/ Mark Ladd*
                                            Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**